IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

KENNETH RAY,
    Plaintiff
    v.
TIM WOLFE and PENNSYLVANIA
BOARD OF PROBATION AND PAROLE,
    Defendants

Case No. 3:09-cv-264-KRG-KAP

MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on February 22, 2011, docket no. 40, recommending that defendants' motion to dismiss, docket no. 22, be granted as to the Pennsylvania Board of Probation and Parole and denied as to defendant Wolfe.

The parties were notified pursuant to 28 U.S.C.§ 636(b)(1), that they had fourteen days to file written objections to the Report and Recommendation. No one has filed objections and the time to do so has expired.

Upon review of the record of this matter, the Report and Recommendation, and noting the lack of timely objections thereto, the following order is entered:

AND NOW, this 21st day of March, 2010, it is

ORDERED that defendants' motion to dismiss, docket no. 22, is granted in part and the complaint against defendant Pennsylvania Board of Probation and Parole is dismissed with prejudice. The Report and Recommendation is adopted as the opinion of the Court.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice to counsel of record by ECF and by U.S. Mail to:

Kenneth Ray CJ-6269
S.C.I. Somerset
1600 Walters Mill Road
Somerset, PA 15510